Beth A. Ross (SBN 141337)
bross@leonardcarder.com
Elizabeth C. Morris (SBN 260513)
lmorris@leonardcarder.com
LEONARD CARDER, LLP
1330 Broadway, Suite 1450
Oakland, California 94612
Tel: (510) 272-0169
Fax: (510) 272-0174

Attorneys for Plaintiffs

Chris A. Hollinger (SBN 147637)
chollinger@omm.com
O'MELVENY & MYERS LLP
2 Embarcadero Center, 28th Floor
San Francisco, California 94111
Tel: (415) 984-8700
Fax: (415) 984-8701

Carolyn Kubota (SBN 113660)
ckubota@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071
Tel: (213) 430-6000
Fax: (213) 430-6407

Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN ALEXANDER, et. al. | Case No: 3:05-cv-38 EMC |
| Plaintiffs, | **STIPULATION AND P~~ROPOS~~ED ORDER TO RESET FURTHER CASE MANAGEMENT CONFERENCE STATEMENT** |
| vs. | |
| FEDEX GROUND PACKAGE SYSTEM, INC. et. al., | |
| Defendant. | |

The parties to the above-entitled action, by and through the undersigned counsel, hereby stipulate to re-set the Further Case Management Conference now calendared for May 21, 2012 at 10:30 a.m. to May 25, 2012 at 10:30 a.m.

1

The parties will file a JOINT FURTHER CASE MANAGEMENT STATEMENT on or before Friday, May 17, 2012.

Dated: May 16, 2012

Respectfully submitted,
**LEONARD CARDER, LLP**

By: /s/ Beth A. Ross
Beth A. Ross
Attorneys for Plaintiffs

**O'MELVENY & MYERS LLP**

Dated: May 16, 2012

By: /s/ Chris A. Hollinger
Chris A. Hollinger
Attorneys for Defendant FedEx Ground Package System, Inc.

IT IS SO ORDERED.

IT IS SO ORDERED
Judge Edward M. Chen

# CERTIFICATE OF SERVICE

I am a citizen of the United States and am employed in Alameda County. I am over the age of eighteen (18) years and not a party to the within action. My business address is 1330 Broadway, Suite 1450, Oakland, CA 94612. On May 16, 2012, I served the following document(s):

**STIPULATION AND PROPOSED ORDER TO RESET FURTHER CASE MANAGEMENT CONFERENCE STATEMENT**

| | |
|---|---|
| Chris A. Hollinger | Carolyn Kubota |
| chollinger@omm.com | ckubota@omm.com |
| O'MELVENY & MYERS LLP | Robert Swerdlow |
| 2 Embarcadero Center, 28th Floor | rswerdlow@omm.com |
| San Francisco, California 94111 | O'MELVENY & MYERS LLP |
| Tel: (415) 984-8700 | 400 South Hope Street |
| Fax: (415) 984-8701 | Los Angeles, California 90071 |
| | Tel: (213) 430-6000 |
| | Fax: (213) 430-6407 |

_____ **BY ELECTRONIC MAIL:** I caused such document to be electronically mailed at email address indicated above.

_____ **BY U.S. MAIL:** I caused such envelope to be deposited in the mail at Oakland, California, addressed to the addressee(s) designated on the attachment hereto and sent via first class mail to each individual.

_____ **BY UPS SERVICE:** I caused such envelope(s) to be delivered via overnight courier services to the addressee(s) designated.

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California on May 16, 2012.

                                                             /s/ Lorelei Badar
                                                             Lorelei Badar