| | |
|---|---|
| CHRIS A. HOLLINGER (S.B. #147638)<br>chollinger@omm.com<br>MEGHANN HISCOCKS (S.B. # 274766)<br>mhiscocks@omm.com<br>O'MELVENY & MYERS LLP<br>Two Embarcadero Center, 28th Floor<br>San Francisco, California 94111-3823<br>Telephone: (415) 984-8700<br>Facsimile: (415) 984-8701 | CAROLYN KUBOTA (S.B. #113660)<br>ckubota@omm.com<br>ROBERT M. SWERDLOW (S.B. #200266)<br>rswerdlow@omm.com<br>O'MELVENY & MYERS LLP<br>400 South Hope Street<br>Los Angeles, California 90071-2899<br>Telephone: (213) 430-6000<br>Facsimile: (213) 430-6407 |

Attorneys for Defendant
FedEx Ground Package System, Inc.

BETH A. ROSS (S.B. #141337)
bross@leonardcarder.com
AARON D. KAUFMANN (S.B. #148580)
akaufmann@leonardcarder.com
ELIZABETH C. MORRIS (S.B. #260513)
lmorris@leonardcarder.com
LEONARD CARDER, LLP
1330 Broadway, Suite 1450
Oakland, California 94612
Telephone: (510) 272-0169
Facsimile: (510) 272-0174

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DEAN ALEXANDER, et al.,<br><br>         Plaintiffs,<br><br>    v.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC., et al.,<br><br>         Defendant. | Case No. 3:05-cv-38 EMC<br><br>**STIPULATION AND [P~~ROPO~~SED] ORDER OF DISMISSAL OF PLAINTIFFS' CLAIMS UNDER THE FAMILY AND MEDICAL LEAVE ACT**<br><br>Judge:  Edward M. Chen<br>Dept.:  Courtroom 5 - 17th Floor |

1   IT IS HEREBY STIPULATED AND AGREED by and between the parties to the above-captioned action through their respective counsel as follows:

WHEREAS, the district court presiding over the multi-district litigation ("MDL") proceeding to which this case was initially transferred, *In re FedEx Ground Package Sys., Inc. Employment Practices Litig.,* 3:05-md-527 (N.D. Ind.), remanded the case to this Court to adjudicate the remaining claims arising under the Family and Medical Leave Act (the "FMLA") pursuant to 29 U.S.C. § 2601, *et seq.* (the "FMLA Claims");

WHEREAS, eight of the named plaintiffs, Albert Anaya, Suzanne Andrade, Ely Ines, Paul Infantino, Erik Jeppson, Gupertino Magana, Dale Brian Rose, and Agostino Scalercio, elected to pursue their FMLA Claims while the other named plaintiffs (Dean Alexander, Peter Allen, Jarrett Henderson, Jorga Isla, Bernard Mendoza, Jesse Padilla, Joey Rodriguez, Allen Ross, Dean Wiley, and Anthony Ybarra) elected not to pursue their FMLA Claims;

WHEREAS, the parties, including all of the 18 named plaintiffs have agreed to settle the plaintiffs' FMLA Claims pursuant to a Settlement and Release Agreement (the "Agreement"), under which Defendant admitted to no wrongdoing or liability and in no way waives plaintiffs' right to appeal the summary judgment entered for defendant as to the non-FMLA claims, which calls for the voluntary dismissal with prejudice of all of the FMLA Claims;

IT IS HEREBY STIPULATED AND AGREED by and among the parties, through their respective counsel, that all of the remaining FMLA Claims in the above-captioned action be and hereby are dismissed with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. The parties further stipulate that neither party is the prevailing party as to the FMLA Claims, and that each party shall be responsible for their own attorney's fees, expert fees, and costs as to those claims. The parties further stipulate that nothing herein shall affect their rights,

///

///

///

(continued on next page)

if any, to obtain applicable attorney's fees, expert fees, and costs as to the other claims in this lawsuit.

Dated: October 15, 2012

BETH A. ROSS
AARON D. KAUFMANN
LEONARD CARDER LLP

By: /s/ Aaron D. Kaufmann
Aaron D. Kaufman
Attorneys for Plaintiffs

Dated: October 4, 2012

CHRIS A. HOLLINGER
CAROLYN KUBOTA
O'MELVENY & MYERS LLP

By: /s/ Robert M. Swerdlow
Robert M. Swerdlow
Attorneys for Defendant
FedEx Ground Package System, Inc.

**Attestation**

I hereby attest that the other signatory listed, on whose behalf the filing is submitted, concurs in the filing's content and has authorized the filing.

Dated: October 15, 2012

/s/ Aaron D. Kaufmann
Aaron D. Kaufmann
Attorney for Plaintiffs

# [PROP<s>OS</s>ED] ORDER OF DISMISSAL WITH PREJUDICE

1. All claims brought under the Family and Medical Leave Act in the above-referenced action are dismissed with prejudice.

2. Each party will bear its own attorneys' fees, expert fees, and costs related to the FMLA claims in this matter. Nothing herein shall affect the parties' rights if any, to obtain applicable attorney's fees, expert fees, and costs as to the remaining claims in this lawsuit. The Clerk of the Court is instructed to close the file in this case.

**PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: October 16, 2012



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

The Honorable _____
UNITED STATES DISTRICT COURT JUDGE