| | |
|---|---|
| CHRIS A. HOLLINGER (S.B. #147638) <br> chollinger@omm.com <br> MEGHANN HISCOCKS (S.B. # 274766) <br> mhiscocks@omm.com <br> O'MELVENY & MYERS LLP <br> Two Embarcadero Center, 28th Floor <br> San Francisco, California 94111-3823 <br> Telephone: (415) 984-8700 <br> Facsimile: (415) 984-8701 | CAROLYN KUBOTA (S.B. #113660) <br> ckubota@omm.com <br> ROBERT M. SWERDLOW (S.B. #200266) <br> rswerdlow@omm.com <br> O'MELVENY & MYERS LLP <br> 400 South Hope Street <br> Los Angeles, California 90071-2899 <br> Telephone: (213) 430-6000 <br> Facsimile: (213) 430-6407 |

Attorneys for Defendant
FedEx Ground Package System, Inc.

BETH A. ROSS (S.B. #141337)
bross@leonardcarder.com
AARON D. KAUFMANN (S.B. #148580)
akaufmann@leonardcarder.com
ELIZABETH C. MORRIS (S.B. #260513)
lmorris@leonardcarder.com
LEONARD CARDER, LLP
1330 Broadway, Suite 1450
Oakland, California 94612
Telephone: (510) 272-0169
Facsimile: (510) 272-0174

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DEAN ALEXANDER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FEDEX GROUND PACKAGE SYSTEM, INC., et al., <br><br> Defendant. | Case No. 3:05-cv-38 EMC <br><br> **[PROP~~OSED~~] FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 58** <br><br> Judge: Edward M. Chen <br> Dept.: Courtroom 5 - 17th Floor |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

WHEREAS, in an order dated December 13, 2010, the district court presiding over the multi-district litigation ("MDL") proceeding to which this case was initially transferred, *In re FedEx Ground Package Sys., Inc. Employment Practices Litig.,* 3:05-md-527 (N.D. Ind.), entered summary judgment for Defendant FedEx Ground Package System, Inc. ("FedEx") on all of Plaintiffs' claims (*i.e.,* failure to reimburse, failure to pay overtime, late payment of wages, failure to provide meal and break periods, illegal deductions from wages, unlawful coercion, fraud, unfair business practices, injunctive relief, declaratory relief, for an accounting, claims under California's Private Attorney General Act, and wrongful termination) except Plaintiffs' claims under the Family and Medical Leave Act, 29 U.S.C. § 2601, *et seq.* (the "FMLA Claims");

WHEREAS, in an order dated May 27, 2011, the MDL court remanded the FMLA Claims to this Court;

WHEREAS, this Court has entered an order dismissing Plaintiffs' FMLA Claims against Defendant with prejudice pursuant to a settlement between the parties;

WHEREAS, with the dismissal of the FMLA Claims, all claims in this action have been fully and finally adjudicated;

IT IS HEREBY ORDERED THAT final judgment be entered against Plaintiffs and in favor of Defendant on all claims in accordance with Federal Rule of Civil Procedure 58; and

IT IS HEREBY FURTHER ORDERED AND ADJUDGED THAT Defendant shall be entitled to recover its costs and fees as provided for by law except to the extent any such recovery is barred by the terms of the parties' partial settlement agreement concerning the FMLA Claims; and

///

///

///

(continued on next page)

IT IS HEREBY FURTHER ORDERED AND ADJUDGED THAT there is no just reason to delay entry of judgment as to Defendant and this constitutes final judgment as to all claims and parties set forth herein.

Dated: October 25, 2012

*IT IS SO ORDERED*
Judge Edward M. Chen

The Honorable
UNITED STATES DISTRICT JUDGE

Respectfully submitted and approved as to form by:

CHRIS A. HOLLINGER
CAROLYN KUBOTA
O'MELVENY & MYERS LLP


By: /s/ Robert M. Swerdlow
    Robert M. Swerdlow
Attorneys for Defendant
FedEx Ground Package System, Inc.

BETH A. ROSS
AARON D. KAUFMANN
LEONARD CARDER, LLP


By: /s/ Aaron D. Kaufmann
    Aaron D. Kaufmann
Attorneys for Plaintiffs

**Attestation**

I hereby attest that the other signatory listed, on whose behalf the filing is submitted, concurs in the filing's content and has authorized the filing.

Dated: October 19, 2012

/s/ Robert M. Swerdlow
Robert M. Swerdlow
Attorney for Defendant