CAROLYN KUBOTA (SBN 113660)
ckubota@omm.com
SCOTT M. VOELZ (SBN 181415)
svoelz@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071
Tel: (213) 430-6000
Fax: (213) 430-6407

Attorneys for Defendant
FEDEX GROUND PACKAGE SYSTEM, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| DEAN ALEXANDER, et al. <br><br> Plaintiffs, <br><br> vs. <br><br> FEDEX GROUND PACKAGE SYSTEM, INC., et al., <br><br> Defendant. | Case No: 3:05-cv-38 EMC <br><br> **NOTICE OF SUBMISSION OF PROPOSED CASE MANAGEMENT ORDER** <br><br> Judge: Hon. Edward M. Chen |

Pursuant to the Court's instructions at the March 26, 2015 case management conference, defendant FedEx Ground Package System submits as **Exhibit A** the attached Proposed Case Management Order setting forth the Court's ruling. FedEx has met and conferred with Plaintiffs and they have no objection to the Proposed Order.

| | | |
|---|---|---|
| Dated: April 2, 2015 | By: | */s/ Scott Voelz* |
| | | Carolyn Kubota |
| | | Scott M. Voelz |

O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071
Tel: (213) 430-6000

Attorneys for Defendant FedEx Ground Package System, Inc.

2

NOTICE OF SUBMISSION
NO. 3:05-cv-38 EMC

# EXHIBIT A

Case 3:05-cv-00038-EMC Document 1021 Filed 04/02/15 Page 3 of 5

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEAN ALEXANDER, et al.<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC., et al.,<br><br>　　　　Defendant. | Case No: 3:05-cv-38 EMC<br><br>**[PROPOSED] CASE MANAGEMENT ORDER** |

In the above-captioned matter, plaintiffs and defendant FedEx Ground Package System, Inc. ("FXG") submitted a Joint Case Management Statement (Dckt # 94) on March 19, 2015, and appeared for a case management conference on March 26. Having reviewed the parties' joint statement and discussed their positions regarding appropriate pretrial proceedings, the Court determines that certain issues regarding the scope of recoverable damages and the definitions of the class and the overtime subclass, should be decided before formal discovery and further proceedings in this case.

Accordingly, the Court orders the following schedule for briefing and argument of the motions described below:

(1) a motion by FXG to clarify the class definitions with respect to the requirement that class members "drove a vehicle on a full-time basis (meaning exclusive of time off for commonly excused employment absences)"

(2) a motion by FXG to limit plaintiffs' recoverable damages period; and

(3) a motion by FXG to limit plaintiffs' recovery for certain categories of work-related expenses under Sections 221–224, and 2802 of the California Labor Code.

| Event / Item Due | Date / Deadline |
| --- | --- |
| Defendant's Motions Due | May 14, 2015 |
| Plaintiffs' Oppositions to Motions Due | June 25, 2015 |
| Defendants' Replies to Motions Due | July 15, 2015 |
| Motions Heard | July 30, 2015 |

The parties are ordered to further meet and confer with regard to these motions prior to filing.

Dated:  4/6/15



IT IS SO ORDERED

Judge Edward M. Chen