1  ERIC J. TROUTMAN (State Bar No. 229263)
   ejt@severson.com
2  IVETTE ZAMORA (State Bar No. 286243)
   iz@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  The Atrium
   19100 Von Karman Avenue, Suite 700
5  Irvine, California 92612
   Telephone: (949) 442-7110
6  Facsimile: (949) 442-7118

7  MARK D. LONERGAN (State Bar No. 143622)
   SEVERSON & WERSON
8  A Professional Corporation
   One Embarcadero Center, Suite 2600
9  San Francisco, California 94111
   Telephone: (415) 398-3344
10 Facsimile: (415) 956-0439

11 Attorneys for Defendant
   WELLS FARGO BANK, N.A.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| FELICIA LONGMIRE, | Case No. 3:15-CV-00928-EMC |
|---|---|
| Plaintiff, | |
| vs. | **JOINT STIPULATION TO STAY ACTION PENDING ARBITRATION** |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, | |
| Defendant. | |

Pursuant to the express terms of the Consumer Account Agreement & Disclosure Statement, out of which the subject of the Complaint filed in this matter arises, plaintiff FELICIA LONGMIRE ("Plaintiff"), and defendant WELLS FARGO BANK, N.A. ("Wells Fargo") (collectively Wells Fargo and Plaintiff may be referred to as the "parties"), hereby stipulate that this matter shall be referred to binding arbitration, and that this matter will be stayed pending the completion of the arbitration.

The parties, through their respective counsel of record, stipulate and agree to the terms as

07685.1461/4065714.1

follows:

1. The parties shall submit to binding non-judicial arbitration;
2. The arbitration shall be conducted through JAMS or AAA;
3. Defendant shall timely pay all fees associated with the arbitration; and
4. This action shall be STAYED in its entirety until the arbitration has been completed.

**IT IS SO STIPULATED.**

DATED: April 23, 2015

SEVERSON & WERSON
A Professional Corporation

By: /s/ Ivette Zamora
Ivette Zamora

Attorneys for Defendant WELLS FARGO BANK, N.A.

DATED: April 22, 2015

KROHN & MOSS, LTD.

By: Ryan Lee

Attorneys for Plaintiff FELICIA LONGMIRE

07685.1461/4065714.1

2

JOINT STIPULATION FOR ARBITRATION AND STAY OF CASE

## PROOF OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is The Atrium, 19100 Von Karman Avenue, Suite 700, Irvine, CA 92612.

On April 23, 2015, I served true copies of the following document(s):

**JOINT STIPULATION TO STAY ACTION PENDING ARBITRATION**

on the interested parties in this action as follows:

| | |
|---|---|
| Ryan Lee, Esq.<br>Matthew A. Rosenthal, Esq.<br>Krohn & Moss, Ltd.<br>10474 Santa Monica Blvd., Suite 405<br>Los Angeles, CA 90025 | Attorneys for Plaintiff<br>Felicia Longmire<br><br>Telephone: (323) 988-2400<br>Facsimile: (866) 861-1390<br>rlee@consumerlawcenter.com<br>mrosenthal@consumerlawcenter.com |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 23, 2015, at Irvine, California.

_____
Lorraine N. Johnson

07685.1461/4065714.1

JOINT STIPULATION FOR ARBITRATION AND STAY OF CASE

| | |
|---|---|
| 1 | ERIC J. TROUTMAN (State Bar No. 229263) |
| | ejt@severson.com |
| 2 | IVETTE ZAMORA (State Bar No. 286243) |
| | iz@severson.com |
| 3 | SEVERSON & WERSON |
| | A Professional Corporation |
| 4 | The Atrium |
| | 19100 Von Karman Avenue, Suite 700 |
| 5 | Irvine, California 92612 |
| | Telephone: (949) 442-7110 |
| 6 | Facsimile: (949) 442-7118 |
| 7 | MARK D. LONERGAN (State Bar No. 143622) |
| | SEVERSON & WERSON |
| 8 | A Professional Corporation |
| | One Embarcadero Center, Suite 2600 |
| 9 | San Francisco, California 94111 |
| | Telephone: (415) 398-3344 |
| 10 | Facsimile: (415) 956-0439 |
| 11 | Attorneys for Defendant |
| | WELLS FARGO BANK, N.A. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| FELICIA LONGMIRE, | Case No. 3:15-CV-00928-EMC |
|---|---|
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER GRANTING THE JOINT STIPULATION TO STAY ACTION PENDING ARBITRATION** |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, | |
| Defendant. | |

07685.1461/4067384.1

[PROPOSED] ORDER GRANTING
JOINT STIPULATION FOR ARBITRATION AND STAY OF CASE

## ORDER

Pursuant to the Joint Stipulation for Arbitration and to Stay Action of Plaintiff Felicia Longmire and Defendant Wells Fargo, and GOOD CAUSE APPEARING:

**IT IS HEREBY ORDERED** that:

1. The parties shall submit to binding nonjudicial arbitration;

2. The arbitration shall be conducted through JAMS or AAA;

3. Defendant shall timely pay all fees associated with the arbitration; and

4. This action shall be STAYED in its entirety until the arbitration has been completed.

5. ~~A status conference regarding the completion of~~ _____, 2015.    See paragraph below

DATED: ____4/24____, 2015    _____
HONORABLE ~~ROBERT GLUSMAN~~ EDWARD M. CHEN

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

Parties are hereby ORDERED to file a notice with this Court within 14 days from the conclusion of arbitration. An initial case management conference is set for 1/28/16 at 9:30 a.m. and a joint case management statement is due 1/21/16.

07685.1461/4067384.1

2

[PROPOSED] ORDER GRANTING
JOINT STIPULATION FOR ARBITRATION AND STAY OF CASE

# PROOF OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is The Atrium, 19100 Von Karman Avenue, Suite 700, Irvine, CA 92612.

On April 23, 2015, I served true copies of the following document(s):

**[PROPOSED] ORDER GRANTING THE JOINT STIPULATION TO STAY ACTION PENDING ARBITRATION**

on the interested parties in this action as follows:

| | |
|---|---|
| Ryan Lee, Esq.<br>Matthew A. Rosenthal, Esq.<br>Krohn & Moss, Ltd.<br>10474 Santa Monica Blvd., Suite 405<br>Los Angeles, CA 90025 | Attorneys for Plaintiff<br>Felicia Longmire<br><br>Telephone: (323) 988-2400<br>Facsimile: (866) 861-1390<br>rlee@consumerlawcenter.com<br>mrosenthal@consumerlawcenter.com |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 23, 2015, at Irvine, California.

_____
Lorraine N. Johnson

07685.1461/4067384.1

[PROPOSED] ORDER GRANTING
JOINT STIPULATION FOR ARBITRATION AND STAY OF CASE