BETH A. ROSS (SBN 141337)
bross@leonardcarder.com
AARON D. KAUFMANN (SBN 148580)
akaufmann@leonardcarder.com
DAVID P. POGREL (SBN 203787)
dpogrel@leonardcarder.com
ELIZABETH R. GROPMAN (SBN 294156)
egropman@leonardcarder.com
LEONARD CARDER, LLP
1330 Broadway, Suite 1450
Oakland, California 94612
Tel: (510) 272-0169
Fax: (510) 272-0174
Attorneys for Plaintiffs

SCOTT VOELZ (SBN 181415)
svoelz@omm.com
CAROLYN KUBOTA (SBN 113660)
ckubota@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071
Tel:  (213) 430-6000
Fax:  (213) 430-6407
Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DEAN ALEXANDER, et. al. | ) | Case No: 3:05-cv-38 EMC |
| | ) | |
| Plaintiffs, | ) | **STIPULATION DISMISSING** |
| | ) | **CLAIM OF PLAINTIFF DEAN** |
| vs. | ) | **WILEY WITH PREJUDICE** |
| | ) | **PURSUANT TO FEDERAL RULE** |
| FEDEX GROUND PACKAGE SYSTEM, INC. | ) | **OF CIVIL PROCEDURE** |
| et. al., | ) | **41(a)(1)(A)(ii)** |
| | ) | |
| Defendant. | ) | |
| ——————————————— | ) | |

The parties to the above-entitled action, by and through the undersigned counsel, hereby

stipulate to dismissal of the claims asserted by and on behalf of plaintiff Dean Wiley in the above-

LEONARD CARDER, LLP
ATTORNEYS
1330 BROADWAY, SUITE 1450
OAKLAND, CA 94612
TEL: (510) 272-0169  FAX: (510) 272-0174

1

captioned matter with prejudice pursuant Federal Rule of Civil Procedure 41(a)(1)(A)(ii) with each side to bear its own costs of suit.

Respectfully submitted,

**LEONARD CARDER, LLP**

Dated: April 22, 2015          By:   _/s/  Beth A. Ross_____
                                                    Beth A. Ross
                                                    Attorneys for Plaintiffs and Plaintiff Class

**O'MELVENY & MYERS LLP**

Dated:   April 22, 2015          By: _/s/  Scott Voelz_____
                                                    Scott Voelz
                                                    Attorneys for Defendant FedEx Ground Package
                                                    System, Inc.

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. District Judge

IT IS SO ORDERED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**STIPULATION DISMISSING CLAIM OF PLAINTIFF DEAN WILEY WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**     Case No. 3:05-cv-38 EMC

LEONARD CARDER, LLP
ATTORNEYS
1330 BROADWAY, SUITE 1450
OAKLAND, CA 94612
TEL: (510) 272-0169   FAX: (510) 272-0174