CAROLYN KUBOTA (S.B. #113660)
ckubota@omm.com
SCOTT VOELZ (S.B. #181415)
svoelz@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

Attorneys for Defendant
FedEx Ground Package System, Inc.

BETH A. ROSS (SBN 141337)
bross@leonardcarder.com
AARON D. KAUFMANN (SBN 148580)
akaufmann@leonardcarder.com
DAVID P. POGREL (SBN 203787)
dpogrel@leonardcarder.com
ELIZABETH R. GROPMAN (SBN 294156)
egropman@leonardcarder.com
LEONARD CARDER, LLP
1330 Broadway, Suite 1450
Oakland, California 94612
Telephone: (510) 272-0169
Facsimile: (510) 272-0174

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dean Alexander, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>FedEx Ground Package System, Inc., et al.,<br><br>        Defendant. | Case No. 3:05-cv-38 EMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE INITIAL MOTIONS AND OPPOSITIONS**<br><br>Hearing Date: July 30, 2015<br>Judge: Hon. Edward M. Chen |

# JOINT STIPULATION EXTENDING TIME TO FILE INITIAL MOTIONS AND OPPOSITIONS

WHEREAS, on April 6, 2015, the Court adopted the Proposed Case Management Order filed by FedEx Ground Package System, Inc., on April 2, 2015 (ECF No. 102);

WHEREAS, that Order set forth a briefing schedule by which the Defendant's initial motions are due May 14, 2015, Plaintiffs' oppositions are due June 25, 2015, Defendant's replies are due July 15, 2015, and a hearing is scheduled for July 30, 2015;

WHEREAS, those motions include (1) a motion to clarify the class definitions with respect to the requirement that class members "drove a vehicle on a full-time basis (meaning exclusive of time off for commonly excused employment absences)"; (2) a motion to limit Plaintiffs' recoverable damages period; and (3) a motion to limit Plaintiffs' recovery for certain categories of work-related expenses under the California Labor Code;

WHEREAS, parties are attempting to reach stipulations and agreements regarding a number of potentially contested issues in these motions;

WHEREAS, parties agree that an extension in the briefing schedule would assist in this process;

WHEREAS, Plaintiffs consent to an extension of the time for FedEx Ground Package System, Inc., to file its initial motions to May 21, 2015;

WHEREAS, Defendant consents to an extension of the time for Plaintiffs to file its oppositions to July 1, 2015;

WHEREAS, this extension will not change the July 15, 2015 filing deadline for Defendant's replies, nor will it change the July 30, 2015 hearing date set by the Court;

THEREFORE, IT IS HEREBY STIPULATED by Plaintiffs and FedEx Ground Package System, Inc., through their counsel of record, that FedEx Ground Package System, Inc., will have up to and including May 21, 2015, to file its motions, and Plaintiffs will have up to and including July 1, 2015, to file their oppositions to those motions.

1
2
3  Dated: May 13, 2015                              By:     */s/ Beth A. Ross*
4                                                           Beth A. Ross
5                                                   LEONARD CARDER, LLP
                                                    1330 Broadway, Suite 1450
                                                    Oakland, California 94612
6                                                   Tel: (510) 272-0169
7                                                   Attorneys for Plaintiffs
8
9
10                                                  By:     */s/ Scott M. Voelz*
                                                            Carolyn Kubota
11                                                          Scott Voelz
12                                                  O'MELVENY & MYERS LLP
                                                    400 South Hope Street
13                                                  Los Angeles, California 90071
                                                    Tel: (213) 430-6000
14
                                                    Attorneys for Defendant
15                                                  FedEx Ground Package System, Inc.
16
17
18
19
20
21
22
23
24
25
26
27
28

- 3 -     JOINT STIPULATION AND [PROPOSED]
          ORDER TO EXTEND TIME TO FILE
          MOTIONS AND O 3:05-CV-38 EMC

## **FILER'S ATTESTATION**

Pursuant to Local Rule 5–1(i)(3), I hereby attest that the other signatory listed, on whose behalf the filing is submitted, concurs in the filing's content and has authorized the filing.

Dated: May 13, 2015                     O'MELVENY & MYERS LLP


                                        By:    */s/ Scott M. Voelz*
                                                    Scott Voelz

                                        Attorney for Defendant
                                        FedEx Ground Package System, Inc.

**ORDER**

PURSUANT TO STIPULATION, the Court orders the following schedule for briefing and argument of the motions described above:

| Event / Item Due | Date / Deadline |
|---|---|
| Defendant's Motions Due | May 21, 2015 |
| Plaintiffs' Oppositions to Motions Due | July 1, 2015 |
| Defendant's Replies to Motions Due | July 15, 2015 |
| Motions Heard | July 30, 2015 |

Dated: May __13__, 2015

IT IS SO ORDERED

Judge Edward M. Chen

_____
Chen
dge