CAROLYN KUBOTA (SBN 113660)
ckubota@omm.com
SCOTT M. VOELZ (SBN 181415)
svoelz@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071
Tel: (213) 430-6000
Fax: (213) 430-6407

Attorneys for Defendant FedEx Ground
Package System

BETH A. ROSS (SBN 141337)
bross@leonardcarder.com
AARON D. KAUFMANN (SBN 148580)
akaufmann@leonardcarder.com
DAVID P. POGREL (SBN 203787)
dpogrel@leonardcarder.com
ELIZABETH R. GROPMAN (SBN 294156)
egropman@leonardcarder.com
LEONARD CARDER, LLP
1330 Broadway, Suite 1450
Oakland, California 94612
Tel: (510) 272-0169
Fax: (510) 272-0174

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN ALEXANDER, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC., et al.,<br><br>Defendant. | Case No: 3:05-cv-38 EMC<br><br>**JOINT NOTICE OF SETTLEMENT AND MOTION TO VACATE JULY 30 HEARING DATE AND SUSPEND BRIEFING SCHEDULE**<br><br>Judge: Hon. Edward M. Chen<br>Hearing Date: July 30, 2015 |

Plaintiffs Dean Alexander, et al. ("Plaintiffs") and Defendant FedEx Ground Package System, Inc. ("FXG"), by and through their respective undersigned counsel, hereby submit the following Joint Notice of Settlement and Joint Motion to Vacate the July 30 Hearing Date and to Suspend Briefing Schedule and, in support thereof, stipulate, agree, and state as follows:

1. The parties jointly notify the Court that they have reached a tentative settlement agreement to fully and finally resolve Plaintiffs' remaining claims against FXG in this case with prejudice subject to court approval.

2. The parties are in the process of memorializing their formal settlement agreement, and related documents, for preliminary approval by this Court.

3. In light of the foregoing, the parties respectfully request that the Court vacate the July 30 hearing on FXG's Motion to Clarify Class Definition (Dkt. No. 108, Filed 5/21/15), its Motion to Limit Plaintiffs' Recoverable Damages Period (Dkt. No. 111, Filed 5/21/15), and its Motion to Exclude Settlement Deductions from Damages (Dkt. No. 113, Filed 5/21/15), and that the Court suspend the briefing schedule for those motions.

4. This Motion to Vacate is brought with the expectation that a motion for preliminary approval of the class action settlement will be filed during the week of June 28, 2015 and will be heard during early August 2015 or as soon thereafter as the Court's calendar will permit.

Dated: June 25, 2014

By: /s/ Beth A. Ross
Beth A. Ross

```
IT IS SO ORDERED.  The
further cmc is rescheduled
for August 20, 2015 at 1:30
p.m.  An updated joint CMC
statement shall be filed by
August 13, 2015.
```

_____
Edward M. Chen
U. S. District Judge

LEONARD CARDER, LLP
1330 Broadway, Suite 1450
Oakland, California 94612
Tel: (510) 272-0169

Attorneys for Plaintiffs

By: /s/ Scott Voelz
Carolyn Kubota
Scott M. Voelz

1

NOTICE OF SETTLEMENT AND MOTION
TO VACATE JULY 30 HEARING DATE
NO. 3:05-cv-38 EMC

O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071
Tel: (213) 430-6000

Attorneys for Defendant FedEx Ground
Package System, Inc.

**FILER'S ATTESTATION**

Pursuant to Local Rule 5–1(i)(3), I hereby attest that the other signatory listed, on whose behalf the filing is submitted, concurs in the filing's content and has authorized the filing.

Dated: June 25, 2015　　　　　　　　　　O'MELVENY & MYERS LLP

By:　*/s/ Scott M. Voelz*
　　　Scott M. Voelz

Attorney for FedEx Ground
Package System, Inc.