BETH A. ROSS (SBN 141337)
bross@leonardcarder.com
AARON D. KAUFMANN (SBN 148580)
akaufmann@leonardcarder.com
DAVID P. POGREL (SBN 203787)
dpogrel@leonardcarder.com
ELIZABETH R. GROPMAN (SBN 294156)
egropman@leonardcarder.com
LEONARD CARDER, LLP
1330 Broadway, Suite 1450
Oakland, California 94612
Tel: (510) 272-0169
Fax: (510) 272-0174
Attorneys for Plaintiffs

CAROLYN KUBOTA (SBN 113660)
ckubota@omm.com
SCOTT VOELZ (SBN 181415)
svoelz@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071
Tel:  (213) 430-6000
Fax:  (213) 430-6407
Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN ALEXANDER, et. al.,<br><br>   Plaintiffs,<br><br>vs.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC. et. al.,<br><br>   Defendant. | Case No: 3:05-cv-38 EMC<br><br>**JOINT STIPULATION AND [PRO~~PO~~SED] ORDER TO EXTEND TIME TO FILE SUPPLEMENTAL BRIEFING**<br><br>Hearing Date: August 6, 2015<br>Judge: Hon. Edward M. Chen |

## JOINT STIPULATION EXTENDING TIME TO FILE SUPPLEMENTAL BRIEFING

WHEREAS, on July 2, 2015, Plaintiffs filed their Notice of Motion and Motion for Preliminary Approval of Class Settlement and Supplemental Class Notice (ECF. No. 119);

WHEREAS, on July 10, 2015, the Court ordered the parties to file a joint supplemental brief (ECF No. 122);

WHEREAS, that Order stated that the supplemental brief, including any or all supporting evidence, shall be filed within one week of the date of the order;

WHEREAS, the parties have reviewed the Court's order and are working together to comprehensively address the issues identified by the Court;

WHEREAS, the lead counsel for Plaintiffs, Beth Ross, is out of the country until July 17, 2015;

WHEREAS, the parties agree that an extension to the date for filing the supplemental brief would assist in this process;

WHEREAS, Plaintiffs and Defendants consent to an extension of the time to file the supplemental brief to July 24, 2015;

THEREFORE, IT IS HEREBY STIPULATED by Plaintiffs and FedEx Ground Package System, Inc., through their counsel of record, that the parties will have until July 24, 2015, to file a joint supplemental brief.

Respectfully submitted,

**LEONARD CARDER LLP**

Dated: July 13, 2015   By: /s/ Dave Pogrel
        David P. Pogrel
        Attorneys for Plaintiffs

**O'MELVENY & MYERS LLP**

Dated:  July 13, 2015   By: /s/ Carolyn Kubota
        Carolyn Kubota
        Attorney for Defendant

# ORDER

PURSUANT TO STIPULATION, the Court orders the parties to file a joint supplemental brief addressing the issues identified in ECF No. 122 no later than July ~~24~~ 22, 2015.

Dated: July 14, 2015



IT IS SO ORDERED AS MODIFIED

Judge Edward M. Chen