UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN ALEXANDER, *et al.*, | No. C-05-0038 EMC |
| Plaintiffs, | |
| v. | **ORDER RE FURTHER SUPPLEMENTAL BRIEFING RE PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL** |
| FEDEX GROUND PACKAGE SYSTEM, INC., | |
| Defendant. | **(Docket No. 119)** |

_____/

The Court hereby orders further supplemental briefing regarding Plaintiffs' motion for preliminary approval.

1. <u>Lodestar</u>.  Under the settlement, a portion of the total settlement award will be used to compensate Plaintiffs' attorneys. To assess the fee request, even for purposes of preliminary approval only, the Court is in need of information as to fees would be under the lodestar method of calculation.

2. <u>Meal and Rest Break Claim</u>.  It appears that, under the proposed settlement, the settlement class members will be releasing their meal and rest break claims, *see* Sett. Agreement ¶ I.R (release), but that, unlike the named Plaintiffs, they will not be specially compensated for that release. *See* Sett. Agreement ¶ III.A (providing, *inter alia*, that he named Plaintiffs will be paid $1 million "in satisfaction of their individual meal and rest break claims"). If the Court's understanding

///

///

is correct, then the parties shall address why only the named Plaintiffs are being compensated for the release of the meal and rest break claims.

      Supplemental briefing shall be filed no later than August 5, 2015, at 12:00 p.m.

      IT IS SO ORDERED.

Dated:  August 3, 2015

                                                    _____
                                                    EDWARD M. CHEN
                                                    United States District Judge