UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Dean Alexander, *et al.*, | Case No.: 3:05-CV-38-EMC |
| Plaintiffs, | |
| v. | **DECLARATION OF AMANDA MYETTE RE: PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT - CLASS NOTICE AND CLAIMS PROCEDURE** |
| FedEx Ground Package System, Inc., | |
| Defendant. | |

Date: April 7, 2016
Time: 1:30 PM
Dept: Courtroom 5
Judge: The Honorable Edward C. Chen

I, Amanda Myette, declare as follows:

1.     I am a Senior Project Manager for Rust Consulting, Inc. ("Rust"). My business address is 625 Marquette Avenue, Suite 880, Minneapolis, Minnesota 55402-2469. My telephone number is (612) 359-2022. I am over twenty-one years of age and am authorized to make this declaration on behalf of Rust and myself.

2.     Rust has extensive experience in class action matters, having provided services in class action settlements involving antitrust, securities fraud, property damage, employment discrimination, employment wage and hour, product liability, insurance and consumer issues. We have provided notification and/or claims administration services in more than 4,500 cases. Of these, more than 1,700 were Labor & Employment cases.

3.     Rust was engaged by Counsel for the Plaintiffs and Counsel for the Defendants (collectively the "Parties") to provide notification services in the *Dean Alexander, et al. v. FedEx*

DECLARATION OF AMANDA MYETTE

1  *Ground Package System, Inc.* Settlement (the "Settlement").  Duties included: a) preparing,

2  printing and mailing of the *Notice of Class Action Settlement* ("Notice") and *Claimant*

3  *Identification Form* ("Claim Form") (collectively known as the "Class Notice"); b) receiving and

4  reviewing Claim Forms submitted by Class Members; c) tracking of requests for exclusion; d)

5  drafting and mailing Settlement Award checks to Class Members; and e) for such other tasks as

6  the Parties mutually agree or the Court orders Rust to perform.

7        4.     Rust obtained a mailing address of Alexander v FedEx Settlement Administrator,

8  c/o Rust Consulting, Inc. - 4920, P.O. Box 2396, Faribault, Minnesota 55021-9096 to receive

9  Claim Forms, requests for exclusion, undeliverable Class Notices and other communications

10  regarding the Settlement.

11        5.     Rust obtained a phone number of (800) 711-1958 for Class Members to call with

12  questions regarding the Settlement.

13        6.     Rust created a website to be used for viewing, downloading and/or printing of the

14  Notice and Claim Form, and obtaining information regarding the Settlement.  The internet address

15  included in the Class Notice Packet is www.alexander-v-fedexground-settlement.com.

16        7.     On or about October 21, 2015, Rust received text for the Notice and Claim Form

17  from Counsel.  A draft of the formatted Class Notice was prepared by Rust and approved by the

18  Parties.

19        8.     On or about November 4, 2016 Counsel provided Rust with a mailing list

20  containing the Class Member's names, last known addresses and the work history during the Class

21  Period (the "Class List").  The Class List contained data for 2,016 potential Class Members.

22        9.     The mailing addresses contained in the Class List were processed and updated

23  utilizing the National Change of Address Database ("NCOA") maintained by the U.S. Postal

24  Service.  The NCOA contains requested changes of address filed with the U.S. Postal Service.  In

25  the event that any individual had filed a U.S. Postal Service change of address request, the address

26  listed with the NCOA would be utilized in connection with the mailing of the Class Notice.

27

28

DECLARATION OF AMANDA MYETTE

1         10.    On November 16, 2015, Class Notices were mailed to 2,016 Class Members

2    contained in the Class List via First Class mail.  The Class Notice advised Class Members that

3    they could submit a Claim Form or request for exclusion postmarked by January 15, 2016.

4         11.    On December 14, 2015, revised Class Notices were mailed to 2,016 Class

5    Members.  The Class Notice advised Class Members that there was an error with the original

6    mailing list and that they could submit a Claim Form or request for exclusion postmarked by

7    February 15, 2016. A letter accompanied the notice packet also advising if the Class Member had

8    already filed a claim, it would be valid.

9         12.    As of this date, 139 Class Notices have been returned to Rust as undeliverable.

10   Rust performed 139 address traces on those Class Notices, which utilizes the Class Member's

11   name, previous address and Social Security Number for locating a current address.  Of the 139

12   traces performed, 98 more current addresses were obtained and Class Notices were promptly re-

13   mailed to those Class Members via First Class mail.  Of the 139 traces performed, Rust did not

14   obtain updated addresses for 41 undeliverable Class Notices.  All but 3 of those 41 addresses were

15   updated via alternative methods, i.e. a call from the Class Member or an update from Counsel.

16        13.    As of this date, four (4) Class Notices were returned by the Post Office with

17   forwarding addresses attached.  Rust promptly re-mailed Class Notices to those Class Members

18   via First Class mail.

19        14.    Rust is responsible for receipt of all Claim Forms for the Settlement.  As of this

20   date, Rust has received 1,531 Claim Forms.  The 1,531 Class Members, who submitted a Claim

21   Form, represents approximately 76% of 2,016 total Class Members.  The 1,531 Class Members,

22   who submitted a Claim Form, have submitted claims for payment of approximately

23   $147,661,002.81, which represents 85% of the net settlement fund of $173,245,000. Of the 1,531

24   claims received, 18 were received after the postmark deadline. These late claims represent

25   approximately $981,970.04.

26        15.    Per the agreement, the remaining funds will be distributed on a pro rata basis to

27   those that have filed claims and are part of the General Class.  Approximately $25,583,997.19 is

28   available to be redistributed on a *pro rata* basis to members of the General Class. After

DECLARATION OF AMANDA MYETTE

1   redistribution the fund of $173,245,000 will be paid out with the average award being

2   $113,158.07, the lowest award at $250 and the highest award will be $445,305.00. Attached to

3   this declaration as Exhibit A is a summary chart of the range of recoveries to be paid to the

4   claimants from the settlement fund. The final amounts will be calculated prior to the April 7

5   hearing after the eligibility and payment calculation disputes have been resolve.

6        16.    Rust has received approximately 66 disputes to the work history and/or estimated

7   award from Class Members. These disputes are currently under review.

8        17.    Rust has received inquiries from 30 persons who were not included on the class list

9   supplied by counsel. One such person fits the class definition and is entitled to receive a

10  settlement payment from the reserve fund.

11       18.    Rust is also responsible for receipt of all Exclusion Forms for the Settlement. As of

12  this date, zero (0) requests for exclusion were received by Rust.

13       19.    Rust is also responsible for receipt of objections to the Settlement. As of this date,

14  one (1) objection was received by Rust by Marin Marquez. I am informed that this objection was

15  also filed with the Court.

16       I declare under penalty of perjury under the laws of the State of California and the United

17  States that the above is true and correct to the best of my knowledge and that this Declaration was

18  executed this 2nd day of March  2016, at Minneapolis, MN.

19

20                                                  AMANDA MYETTE

21

22

23

24

25

26

27

28

DECLARATION OF AMANDA MYETTE