

BIRKA-WHITE
L A W   O F F I C E S

65 Oak Court
Danville, California 94526
Tel: (925) 362-9999
Fax: (925) 362-9970
www.birka-white.com

DAVID M. BIRKA-WHITE
dbw@birka-white.com

March 30, 2016

Alexander v. FedEx Settlement Administrator
c/o Rust Consulting, Inc. - 4920
P.O. Box 2396
Faribault, MN 55021-9096

Beth A. Ross
Leonard Carder, LLP
1330 Broadway, Suite 1450
Oakland, CA 94612

Hon. Edward M. Chen
U.S. District Court, N.D. California
450 Golden Gate Ave., Courtroom 5
San Francisco, CA 94102

Re:     Notice of Objection
        *Dean Alexander v. FedEx Ground Packages System, Inc.*
        U.S. District Court Northern District of California, Case No. 05-cv-0038 EMC

Dear Judge Chen:

Our office has been retained by Anthony Brooks to represent his interest as a Class Member in the above referenced action. His Claimant Identification Number is 2000022309. Mr. Brooks submitted his Claim Form on March 25, 2016.  His Claim Number is 10000778.

It is our understanding that the initial notice to Mr. Brooks was returned as undeliverable. While the second notice was sent to the correct address, Mr. Brooks does not recall when he received the notice. What we do know is that he read the notice on Friday, March 25, 2016, for the first time and promptly submitted his claim online.

The Class Notice states that the deadline to file claims was February 15, 2016.  We are very concerned that eligible class members with claims worth substantial sums of money will be improperly excluded when there are adequate funds to pay these late filed claims.

Our only interest in submitting this objection to the Settlement is to ensure that these late filed claims, including Mr. Brooks' claim, are fully paid.

Respectfully,

David M. Birka-White

FIRST-CLASS
062S000967632225
945266
76.11

stamps.com

RECEIVED

APR ¥ 4 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CASH
30 MAR '16
PM 5 L

Hon. Edward M. Chen
U.S. District Court, N.D. California
450 Golden Gate Ave., Courtroom 5
San Francisco, CA 94102

94102366199

RECEIVED

APR ¥ 4 2013

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

65 Oak Court
Danville, CA 94526