UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Dean Alexander, *et al.*,<br><br>    Plaintiffs,<br>v.<br><br>FedEx Ground Package System, Inc.,<br><br>    Defendant. | Case No.: 3:05-CV-38-EMC<br><br>**SUPPLEMENTAL DECLARATION OF AMANDA MYETTE RE: PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT - CLASS NOTICE AND CLAIMS PROCEDURE**<br><br>Date: April 7, 2016<br>Time: 1:30 PM<br>Dept: Courtroom 5<br>Judge: The Honorable Edward C. Chen |

I, Amanda Myette, declare as follows:

1. I am a Senior Project Manager for Rust Consulting, Inc. ("Rust"). My business address is 625 Marquette Avenue, Suite 880, Minneapolis, Minnesota 55402-2469. My telephone number is (612) 359-2022. I am over twenty-one years of age and am authorized to make this declaration on behalf of Rust and myself.

2. Rust has extensive experience in class action matters, having provided services in class action settlements involving antitrust, securities fraud, property damage, employment discrimination, employment wage and hour, product liability, insurance and consumer issues. We have provided notification and/or claims administration services in more than 4,500 cases. Of these, more than 1,700 were Labor & Employment cases.

3. Rust was engaged by Counsel for the Plaintiffs and Counsel for the Defendants (collectively the "Parties") to provide notification services in the *Dean Alexander, et al. v. FedEx*

*Ground Package System, Inc.* Settlement (the "Settlement"). Duties included: a) preparing, printing and mailing of the *Notice of Class Action Settlement* ("Notice") and *Claimant Identification Form* ("Claim Form") (collectively known as the "Class Notice"); b) receiving and reviewing Claim Forms submitted by Class Members; c) tracking of requests for exclusion; d) drafting and mailing Settlement Award checks to Class Members; and e) for such other tasks as the Parties mutually agree or the Court orders Rust to perform.

4. Rust obtained a mailing address of Alexander v FedEx Settlement Administrator, c/o Rust Consulting, Inc. - 4920, P.O. Box 2396, Faribault, Minnesota 55021-9096 to receive Claim Forms, requests for exclusion, undeliverable Class Notices and other communications regarding the Settlement.

5. Rust obtained a phone number of (800) 711-1958 for Class Members to call with questions regarding the Settlement.

6. Rust created a website to be used for viewing, downloading and/or printing of the Notice and Claim Form, and obtaining information regarding the Settlement. The internet address included in the Class Notice Packet is www.alexander-v-fedexground-settlement.com.

7. On or about October 21, 2015, Rust received text for the Notice and Claim Form from Counsel. A draft of the formatted Class Notice was prepared by Rust and approved by the Parties.

8. On or about November 4, 2016 Counsel provided Rust with a mailing list containing the Class Member's names, last known addresses and the work history during the Class Period (the "Class List"). The Class List contained data for 2,016 potential Class Members.

9. The mailing addresses contained in the Class List were processed and updated utilizing the National Change of Address Database ("NCOA") maintained by the U.S. Postal Service. The NCOA contains requested changes of address filed with the U.S. Postal Service. In the event that any individual had filed a U.S. Postal Service change of address request, the address listed with the NCOA would be utilized in connection with the mailing of the Class Notice.

SUPPLEMENTAL DECLARATION OF AMANDA MYETTE

10. On November 16, 2015, Class Notices were mailed to 2,016 Class Members contained in the Class List via First Class mail. The Class Notice advised Class Members that they could submit a Claim Form or request for exclusion postmarked by January 15, 2016.

11. On December 14, 2015, revised Class Notices were mailed to 2,016 Class Members. The Class Notice advised Class Members that there was an error with the original mailing list and that they could submit a Claim Form or request for exclusion postmarked by February 15, 2016. A letter accompanied the notice packet also advising if the Class Member had already filed a claim, it would be valid.

12. Rust is responsible for receipt of all Claim Forms for the Settlement. As of this date, Rust has received 1,544 Claim Forms. The 1,544 Class Members, who submitted a Claim Form, represents approximately 76% of 2,016 total Class Members. The 1,544 Class Members, who submitted a Claim Form, have submitted claims for payment of approximately $149,394,731.79 which represents 86% of the net settlement fund of $173,245,000.

13. Of the 1,544 claims received, 22 were received after the postmark deadline. These late claims represent approximately $1,983,124.38. The final calculations for all timely claims are attached as Exhibit A. The final calculations for all claims submitted to date, including the 22 late claims, are attached as Exhibit B. The class members are identified on these exhibits by their unique claimant identification numbers; their names and addresses have been redacted to protect their personal privacy.

14. Of the 1544 claims received, one was submitted by an invidividual who opted out of the class in 2009 was deemed invalid, and 41 were submitted by *Estrada* class members who were ineligible to recover damages in the *Alexander* case.

15. Per the agreement, the remaining funds will be distributed on a pro rata basis to those that have filed claims and are part of the General Class. Approximately $23,850,268.21 is available to be redistributed on a *pro rata* basis to members of the General Class. After redistribution the fund of $173,245,000 will be paid out with the average award being $112,205.31 the lowest award at $250 and the highest award will be $440,670.10.

16. Rust has received approximately 61 disputes to the work history and/or estimated award from Class Members. (My previous declaration erroneously stated that there were 66 such disputes; the error was typographical). These disputes have all been resolved. Of the 61 disputes, 8 were sustained and 53 were overruled. For the 8 sustained disputes, awards were recalculated and updated accordingly. 22 of the 53 overruled disputes were from *Estrada* Class Members who are ineligible to recover in this case. The remaining disputes were reviewed and, based on the information and documentation (if any) provided, it was determined that FedEx had provided the correct scanner and/or contract and work-week information. For the 8 sustained disputes, based on the information and documentation provided by the class members, the FedEx scanner and pay records were re-reviewed and it was determined that adjustments to the contracting dates were in order. As stated previously, the awards for all Class Members were updated after the resolution of the disputes.

I declare under penalty of perjury under the laws of the State of California and the United States that the above is true and correct to the best of my knowledge and that this Declaration was executed this 5th day of April 2016, at Minneapolis, MN.

*/s/ Amanda Myette*
AMANDA MYETTE