UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN ALEXANDER, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC., et al.,<br><br>　　　　Defendants. | Case No. 05-cv-00038-EMC<br><br>**ORDER RE PLAINTIFFS' MOTION TO SHORTEN TIME**<br><br>Docket No. 216 |

　　　　Plaintiffs have asked the Court to hear their motion for corrective notice, an order enjoining unilateral communications, and sanctions, *see* Docket No. 216-2, on shortened time. Plaintiffs represent that FXG has agreed to shortened time, *see* Ross Decl. ¶ 17, but Mark Burton and William Audet of Audet & Partners, LLP (counsel for Mr. Zohrabians) and another law firm implicated in the motion (Hersh and Hersh) (collectively, "Mr. Burton") have not.

　　　　The Court hereby orders Mr. Burton to file a response to the request for shortened time by **5:00 p.m., April 19, 2016**. The parties are advised that, if the Court ultimately grants shortened time, then the hearing on Plaintiffs' underlying motion for corrective notice, an order enjoining unilateral communications, and sanctions shall be held on **April 21, 2016, at 1:30 p.m.** and that Mr. Burton shall file an opposition to Plaintiffs' underlying motion by **3:00 p.m., April 20, 2016**.

　　　　**Plaintiffs shall immediately serve a copy of this order on Mr. Burton, Mr. Audet, and Ms. Hersh via e-mail.**

　　　　**IT IS SO ORDERED**.

Dated: April 19, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　EDWARD M. CHEN
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge