UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN ALEXANDER, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC., et al.,<br><br>    Defendants. | Case No. 05-cv-00038-EMC<br><br>**CORRECTIVE NOTICE** |

**THIS IS A COURT-ISSUED NOTICE.  PLEASE READ.**

The Court is sending this notice to members of the certified class in the matter of Alexander, et al. v. FedEx Ground Package System, Inc. (the "Lawsuit") because of a letter that was recently mailed to class members by attorney Mark E. Burton, of the law firm Hersh & Hersh. That letter was not authorized by this Court or by the lawyers in the Lawsuit; it contained information that may have misled you about the terms of the settlement.

This notice is intended to provide you with more complete information.  The Court has reviewed and approved the class settlement, finding it to be fair, reasonable, adequate, and in the best interest of the class.  In particular:

- The settlement is for a total amount of $226.5 million, of which $5.6 million will be paid to class members for meal and rest break claims arising after August 1, 2011.
- The settlement does not settle meal and rest break claims arising before August 1, 2011 and it does not release those claims.
- Class counsel has asked the Court to approve an award of attorneys' fees equal to 22% of the settlement fund (approximately $49.8 million).  This request is being

reviewed by this Court and is subject to Court approval.

- The deadline for filing claims for settlement payments has been extended to **May 15, 2016**. Claims must be filed online or postmarked by that date.

For complete information about the settlement, including copies of (1) the Court-authorized notice, and (2) the Court's April 12, 2016 order conditionally granting final approval of the settlement, you may access the website of the settlement administrator at: **www.alexander-v-fedexground-settlement.com**. For information about the claim process, you can contact the class counsel (Leonard Carder LLP) at (510) 272-0169, or the settlement administrator (Rust Consulting) at (800) 711-1958.

Again, if you have not yet filed a claim in the Lawsuit, **the deadline for claim-filing has been extended to May 15, 2016**. If you have already filed your claim, you do not need to do anything further.

Dated: April 25, 2016

_____
EDWARD M. CHEN
United States District Judge

**PLEASE DO NOT CONTACT THE COURT DIRECTLY**

2