Steven F. Helfand, SBN 206667
HELFAND LAW OFFICES
1400 SW 137th Avenue, Unit F112
Hollywood, FL 33027
Telephone:   415.596.5611
Email:       sh4078@gmail.com

John William Davis, SBN 200113
501 West Broadway, Suite 800
San Diego, CA 92101
Telephone:   619.400.4870
Email:       john@johnwdavis.com

Attorneys for absent class members Rafick El-Hani &
El-Hani Services, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| DEAN ALEXANDER, *et al*.<br><br>　　　　　Plaintiff,<br>*vs*.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC.,<br><br>　　　　　Defendant. | Case No.: 3:05-CV-38-EMC<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY AND OBJECTION TO ADMINISTRATIVE MOTION TO SEAL BY RAFICK EL-HANI AND EL-HANI SERVICES, INC.**<br><br>Ctrm.  5<br>Hon.   Edward M. Chen |

Notice of Supplemental Authority and Objection by Rafick El-Hani and El-Hani Services, Inc.

1

Rafick El-Hani and El-Hani Services, Inc. [hereafter collectively "Objectors"], by and through counsel hereby bring the following case to the Court's attention:

- *Yamada v. Nobel Biocare Holding, AG,* 2016 WL 1579705.

In light of *Yamada*, *supra*, due process requires that class members be provided with opportunity to review billing records and other fee-related information, such as that reflected in documents recently presented to the Court by Lead Plaintiffs, albeit, under seal. Objectors should be permitted to comment on such materials, to the extent the Court intends to rely on such information.

The Court's prior order on this subject does, in fact, state that Lead Plaintiffs *may* file a supplemental brief under seal. However, it did not state that the brief *should* be filed under seal, nor does the order preclude any reasonable request by members of the class, such as Objectors, to review any pertinent information contained therein.

Objectors have met and conferred extensively with Lead Plaintiffs. Lead Plaintiffs represented that their time records have not, in fact, been produced to the Court for *in camera* review. However, other key information submitted to the Court has not been disseminated to Objectors. Objectors simply request transparency and disclosure. Objectors are willing to abide by any reasonable conditions the Court deems appropriate to govern access to sensitive or confidential materials.

\\\
\\\
\\\
\\\
\\\

Notice of Supplemental Authority and Objection by Rafick El-Hani and El-Hani Services, Inc.

2

Respectfully submitted,

Dated: May 2, 2016                    _____/s/_____

Steven Franklyn Helfand

1400 SW 137th Avenue, Apt. F112
Hollywood, FL 33027
Telephone:   415.397.0007
Email:          sh4078@gmail.com

Notice of Supplemental Authority and Objection by Rafick El-Hani and El-Hani Services, Inc.

3