UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN ALEXANDER, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC., et al.,<br><br>　　　　Defendants. | Case No.  05-cv-00038-EMC<br><br>**ORDER RE MEET AND CONFER**<br><br>Docket No. 236-37 |

Previously, the Court granted Plaintiffs' motion to file under seal the supplemental Ross declaration which contains nonpublic confidential information pertaining to tentative class settlements that have been entered into between the MDL plaintiffs and Defendant FXG. *See* Docket No. 233 (order).  Subsequently, two objectors (Mr. Zohrabians and El-Hani) objected to the filing under seal and sought access to the sealed declaration.  The Court hereby orders the parties to meet and confer with the objectors to determine whether they can reach agreement as to whether the objectors should be able to view the sealed information and, if so, under what terms.  The parties shall also discuss, during the meet and confer, the public filing of a statement by Plaintiffs regarding the general substance of the supplemental Ross declaration.  The parties shall report back on their meet and confer efforts within **one week of the date of this order**.

///
///
///
///
///
///

Although the Court is ordering the meet and confer, **it is not authorizing at this time further supplemental filings from either the parties or objectors**. If the parties believe that further briefing is needed, they must seek leave of the Court and establish good cause therefor.

**IT IS SO ORDERED**.

Dated: May 3, 2016

_____
EDWARD M. CHEN
United States District Judge