BETH A. ROSS (SBN 141337)
bross@leonardcarder.com
AARON KAUFMANN (SBN 148580)
akaufmann@leonardcarder.com
DAVID P. POGREL (SBN 203787)
dpogrel@leonardcarder.com
ELIZABETH R. GROPMAN (SBN 294156)
egropman@leonardcarder.com
LEONARD CARDER, LLP
1330 Broadway, Suite 1450
Oakland, California 94612
Tel: (510) 272-0169
Fax: (510) 272-0174

*Attorneys for Plaintiffs*

CAROLYN KUBOTA (SBN 113660)
ckubota@omm.com
SCOTT VOELZ (SBN 181415)
svoelz@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071
Tel:  (213) 430-6000
Fax:  (213) 430-6407

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN ALEXANDER, et. al.,<br><br>              Plaintiffs,<br><br>vs.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC. et. al.,<br><br>              Defendant. | Case No: 3:05-cv-38 EMC<br><br>**STIPULATION AND [PROPOSED] PROTECTIVE ORDER** |

The parties to the above-entitled action, by and through their respective counsel, along with Objectors Rafick El-Hani, El –Hani Services, Inc. (Rafick El-Hani and El-Hani Services, Inc. are hereafter collectively referred to as "El-Hani") and Henrik Zohrabians (hereafter "Zohrabians"), by and through their counsel, hereby stipulate as follows:

1. On April 27, 2016, class counsel filed with the Court an Administrative Motion seeking leave to file portions of the Supplemental Declaration of Beth A. Ross submitted in support of Plaintiffs' motion for attorneys' fees and costs and class representative incentive awards under seal. (ECF No. 232) (Supplemental Ross Declaration). The motion was granted in an order entered April 28, 2016. (ECF No. 233). The sealed portions of the Supplemental Ross Declaration disclose information about tentative class settlements achieved in related litigation that have not yet been filed in Court including the total amount of each tentative settlement. A complete description of the substance of the sealed materials appears at paragraphs 7 and 10 of the Supplemental Ross Declaration which are not filed under seal.

2. Subsequent to entry of the Court's April 28 order, objectors Zohrabians and El-Hani filed objections to the Administrative Motion, (ECF Nos. 236 and 237) and have sought leave to review the sealed portions of the Supplemental Ross Declaration, which include portions of its paragraph 9 and portions of its Exhibit A.

3. To resolve these objections, Counsel for the Plaintiff Class and Defendant FedEx Ground Packages System, Inc. have agreed that the unredacted version of the Supplemental Ross Declaration and its Exhibit A (ECF 232-2) may be produced to the attorneys for Zohrabians (Mark Burton) and El-Hani (John W. Davis and Steven Helfand) under certain conditions:

    a. The confidential portions of the Supplemental Ross Declaration (i.e. the redacted portions of paragraph 9 and Exhibit A) will be produced to the attorneys Mark E. Burton, John W. Davis and Steven F. Helfand for their eyes only. The confidential portions of these documents, and the confidential information contained in them, may not be disclosed by Messrs. Burton, Davis

LEONARD CARDER, LLP
ATTORNEYS
1330 BROADWAY, SUITE 1450
OAKLAND, CA 94612
TEL. (510) 272-0169  FAX: (510) 272-0174

or Helfand, or disseminated, to any other person or entity (including Zohrabians or El-Hani) verbally, in writing, or in any other form, or by any means until the settlements of cases referenced in these documents are finalized, executed, and publically filed, in or about mid-June 2016, and the April 28, 2016 sealing order is lifted by the Court;

    b. The confidential portions of the Supplemental Ross Declaration (i.e. the redacted portions of paragraph 9 and Exhibit A) and the confidential information contained in them may not be disclosed by the Objectors or their respective counsel, in whole or in part, directly or indirectly, in any Court or other public filing while the April 28, 2016 sealing order remains in effect unless the confidential information is appropriately redacted and filed under seal.

4. By executing this stipulation, Objectors Zohrabians and El-Hani, and their counsel, Mark E. Burton, John W. Davis, and Steven F. Helfand, agree strictly to abide by the confidentiality provisions described in paragraph 3 above and to entry of the same as an order of the Court and withdraw their objections to the Administrative Motion.

Respectfully submitted,

**LEONARD CARDER, LLP**

Dated: May 4, 2016    By: /s/ Beth A. Ross
    Beth A. Ross
    *Attorneys for Plaintiffs and Plaintiff Class*

**O'MELVENY & MYERS LLP**

Dated: May 4, 2016    By: /s/ Scott Voelz
    Carolyn Kubota
    Scott Voelz
    *Attorneys for Defendant*
    *FedEx Ground Package System, Inc.*

LEONARD CARDER, LLP
ATTORNEYS
1330 BROADWAY, SUITE 1450
OAKLAND, CA 94612
TEL: (510) 272-0169  FAX: (510) 272-0174

**AUDET & PARTNERS, LLC**

Dated:  May 4, 2016         By: */s/  Mark E. Burton*
                                 Mark E. Burton
                                 *Attorney for Objector Henrik Zohrabians*

**LAW OFFICE OF JOHN W DAVIS**

Dated:  May 4, 2016         By: */s/  John William Davis*
                                 John William Davis, Esq.
                                 *Attorney for Objector Rafick El-Hani*

**THE LAW OFFICES OF STEVEN F. HELFAND**

Dated:  May 4, 2016         By: */s/  Steven F. Helfand*
                                 Steven F. Helfand, Esq.
                                 *Attorney for Objector Rafick El-Hani*

LEONARD CARDER, LLP
ATTORNEYS
1330 BROADWAY, SUITE 1450
OAKLAND, CA 94612
TEL: (510) 272-0169   FAX: (510) 272-0174

**ATTESTATION OF FILING**

Pursuant to Local Civil Rule 5-1(i)(3), I, Beth A. Ross, hereby attest that concurrence in the filing of this Stipulation has been obtained from each of the other signatories listed above.

Dated: May 4, 2016               **LEONARD CARDER, LLP**

By:   */s/  Beth A. Ross*
      Beth A. Ross
      *Attorneys for Plaintiffs and Plaintiff Class*

LEONARD CARDER, LLP
ATTORNEYS
1330 BROADWAY, SUITE 1450
OAKLAND, CA 94612
TEL. (510) 272-0169  FAX: (510) 272-0174

-4-
STIPULATION AND [PROPOSED] PROTECTIVE ORDER                Case No. 3:05-cv-38 EMC

1  **PROTECTIVE ORDER**

2  Pursuant to stipulation of the parties and good cause appearing, the Court hereby

3  ORDERS as follows: The attorneys for Objectors Zohrabians and El-Hani (Mark E. Burton, John

4  W. Davis and Stephen Helfand) are permitted access to the unredacted version of the

5  Supplemental Ross Declaration and its Exhibit A (ECF No. 232-2) until the sealing order entered

6  on April 28, 2016 at ECF No. 233 is lifted subject to the following conditions:

7  a. The confidential portions of the Supplemental Ross Declaration (i.e. the

8  redacted portions of paragraph 9 and Exhibit A) will be produced to the

9  attorneys Mark E. Burton, John W. Davis and Steven F. Helfand for their eyes

10  only. The confidential portions of these documents, and the confidential

11  information contained in them, may not be disclosed or disseminated to any

12  other person or entity by Messrs. Burton, Davis or Helfand, (including

13  Objectors Zohrabians or El-Hani) in any form or by any means until the

14  tentative class settlements of cases referenced in these documents are finalized,

15  executed, and publically filed (in or about mid-June 2016) and the April 28,

16  2016 sealing order is lifted by the Court;

17  b. The confidential portions of the Supplemental Ross Declaration (i.e. the

18  redacted portions of paragraph 9 and Exhibit A) and the confidential

19  information contained in them may not be disclosed by the Objectors, in

20  whole or in part, directly or indirectly, in any Court filing or any other public

21  filing while the April 28, 2016 sealing order remains in effect unless the

22  confidential information is appropriately redacted and filed under seal pursuant

23  to further order of this Court.

24  IT IS SO ORDERED.

25

26  DATED:   5/6/2016

