BETH A. ROSS (SBN 141337)
bross@leonardcarder.com
AARON D. KAUFMANN (SBN 148580)
akaufmann@leonardcarder.com
DAVID P. POGREL (SBN 203787)
dpogrel@leonardcarder.com
ELIZABETH R. GROPMAN (SBN 294156)
egropman@leonardcarder.com
LEONARD CARDER, LLP
1330 Broadway, Suite 1450
Oakland, California 94612
Tel: (510) 272-0169
Fax: (510) 272-0174

*Attorneys for Plaintiffs and the Class*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN ALEXANDER, *et. al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC. et. al.,<br><br>Defendant. | Case No: 3:05-cv-38 EMC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS REQUEST TO LIFT THE SEALING ORDER ENTERED APRIL 28, 2016 (Doc. 233) PERTAINING TO DOCUMENTS 232, 234 AND 246** |

This matter is before the Court pursuant to the Administrative Motion of Plaintiffs to lift the sealing order entered by this Court on April 28, 2016. Good cause appearing, the request is GRANTED. The Clerk of Court is directed to file the unredacted versions of Documents 233 and 234 along with this Court's Final Approval Order entered June 15, 2016 at Document 246.

IT IS SO ORDERED.

Dated: _____7/1_____, 2016        _____
                                   The Honorable Edward M. Chen
                                   UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED AS MODIFIED