FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

NOV 08 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DEAN ALEXANDER; et al., | No. 16-16173 |
| Plaintiffs-Appellees, | D.C. No. 3:05-cv-00038-EMC<br>Northern District of California,<br>San Francisco |
| RAFICK EL-HANI and EL-HANI SERVICES, INC., | |
| Objectors-Appellants, | ORDER |
| v. | |
| FEDEX GROUND PACKAGE SYSTEM, INC., DBA FedEx Home Delivery, Inc., | |
| Defendant-Appellee. | |

Appellants' unopposed motion to dismiss this appeal (Docket Entry No. 12) is granted. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT

By: Stephen Liacouras
Circuit Mediator

sl/mediation